

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

NEIL H. GREENBERG, ESQ.  
JUSTIN M. REILLY, ESQ.  
KEITH E. WILLIAMS, ESQ.

PARALEGALS  
ROSA COSCIA  
CATALINA ROMAN

**Via: ECF**  
July 15, 2022

Honorable Judge Anne Y. Shields  
United States Magistrate Judge  
United States District Court  
Eastern District of New York  
100 Federal Plaza  
Central Islip, New York 11722

**Re:** *Velasquez v. Stone Park Marble and Granite Corp., et al.*; 22-cv-00610 (AYS)

Dear Hon. Judge Shields,

I represent the Plaintiff in the above-referenced FLSA action. Please accept this correspondence attaching the final signature page, executed in counterpart, of the Parties' settlement agreement, which has been submitted at Exhibit A to Plaintiff's Motion for Settlement Approval of FLSA Case [D.E. 15].

Thank you for your time and attention to this matter.

Respectfully submitted,

Keith E. Williams, Esq.

cc: all counsel of record via ECF.